**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

*2026R00185/BDB*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*

*(973) 645-2700*

September 29, 2026

**VIA EMAIL: criminalinfo@njd.uscourts.gov**

Melissa E. Rhoads, Clerk
United States District Court
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Attention: Antigone Owens-Krefski, Deputy Clerk

Re: Request for Case Assignment –
*United States v. Gaye Tyndale-Simpson*

Dear Ms. Owens-Krefski:

Enclosed for assignment is an Information charging defendant Gaye Tyndale-Simpson with one count of Voting by an Alien in a Federal Election, in violation of 18 U.S.C. § 611. The Information and cover sheet are enclosed.

Very truly yours,

ROBERT FRAZER
United States Attorney

By: Benjamin D. Bleiberg
Assistant U.S. Attorney

Encls.