2026R00185/BDB

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Rukhsanah L. Singh, U.S.M.J. |
| v. | : | Crim. No. 26-01204 |
| GAYE TYNDALE-SIMPSON | : | 18 U.S.C. § 611 |

## INFORMATION

The United States charges:

On or about November 5, 2024, in Somerset County, in the District of New Jersey, the defendant,

**GAYE TYNDALE-SIMPSON,**

being an alien, voted in an election held solely or in part for the purpose of electing a candidate for the office of the President, Vice President, Presidential elector, Member of the Senate, or Member of the House of Representatives.

In violation of Title 18, United States Code, Section 611.

ROBERT FRAZER
United States Attorney

Benjamin D. Bleiberg
Assistant U.S. Attorney

Approved:

*Ronnell L. Wilson*
Ronnell L. Wilson
Chief, Special Prosecutions Division

RECEIVED
OCT 19 2026
AT 8:30____________M
CLERK, U.S. DISTRICT COURT - DNJ

CASE NUMBER: 26-__________

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

GAYE TYNDALE-SIMPSON

## INFORMATION FOR

18 U.S.C. § 611

ROBERT FRAZER
UNITED STATES ATTORNEY

BENJAMIN D. BLEIBERG
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2700