AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

RECEIVED

OCT 19 2026

AT 8:30________________M
CLERK, U.S. DISTRICT COURT - DNJ

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

United States of America
v.
Gaye Tyndale-Simpson
*Defendant*

Case No. 26-MJ-1204 (RLS)

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

*Defendant's signature*

## Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

*Defendant's signature*

The United States consents to the jury-trial waiver: /s/ Benjamin D. Bleiberg
*Government representative's signature*

Benjamin D. Bleiberg, Assistant U.S. Attorney
*Government representative's printed name and title*

## Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

*Defendant's signature*

Aidan P. O'Connor
*Printed name of defendant's attorney (if any)*

*Signature of defendant's attorney (if any)*

Date: October 19, 2026

Approved by:
*Magistrate Judge's signature*